JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AGUILAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DXC TECHNOLOGY COMPANY; DXC TECHNOLOGY SERVICES LLC; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 8:23-cv-143 JWH (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

Case No. 8:23-cv-143 JWH (DFMx)

Having reviewed and considered the Joint Stipulation to Dismiss Action Without Prejudice submitted by Plaintiff Joseph Aguilar and Defendants DXC Technology Company and DXC Technology Services LLC, and good cause appearing for approval of the same, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

The entire case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: March 3, 2023

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE